JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK GARCIA,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>CITY OF AZUSA; OFFICER J. ARIAS, individually; OFFICER J. BEAVER, individually; OFFICER B. HILDEBRANDT, individually; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:22-CV-3457-MWF(JPRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　　The Court, having reviewed the parties' Stipulation for Dismissal of Entire Action with Prejudice (Docket No. 71), and good cause appearing therefore:

　　　**IT IS HEREBY ORDERED** that the above-captioned action against Defendants CITY OF AZUSA; OFFICER J. ARIAS; OFFICER J. BEAVER; and OFFICER B. HILDEBRANDT. is **DISMISSED**, with prejudice.

Dated: February 16, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge